ACCEPTED
05-14-01341-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/9/2015 3:24:56 PM
LISA MATZ
CLERK

## CAUSE NO.  05-14-01341-CV

| | | |
|---|---|---|
| **DONNA PULKRABEK,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | |
| | § | |
| **vs.** | § | **FIFTH DISTRICT OF TEXAS** |
| | § | |
| **THE UNIVERSITY OF TEXAS** | § | |
| **SOUTHWESTERN MEDICAL** | § | **DALLAS, TEXAS** |
| **CENTER** | § | |
| **Appellees** | § | |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/9/2015 3:24:56 PM
LISA MATZ
Clerk

_____

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

_____

Appellant, pursuant to Tex.R.App.P. 10 and 10.5(b), files this Motion to Extend Time to File Appellant's Brief and, in support thereof, would show as follows:

### I.
### ARGUMENT

Appellant currently has a deadline of January 17, 2015, with which to file this brief.   Appellant seeks to extend this deadline sixty days to March 18, 2015.   No previous extensions have been requested as January 17, 2015, is the first briefing deadline given to the Appellant.

The office of Wes Dauphinot, had a jury trial in the 116th District Court, Dallas County, Texas, from December 1-11, 2014. Additionally, Wes Dauphinot was set on a four week docket in the United States District Court, Northern District, Dallas, Texas beginning January 12, 2015. Finally, Plaintiff's counsel has had to engage in extensive pretrial preparations for a case set in the 48th District Court, Tarrant County, Texas,

styled Cora Hunter vs. McDonald Transit, Inc. on January 26, 2015. This case should last two weeks.

Based on all of the above, Plaintiff's counsel will have an extremely challenging time to prepare the appellate brief that the Appellant deserves to have filed on her behalf. Accordingly, Plaintiff's counsel is asking for the aforementioned extension of time.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion.

*Respectfully submitted,*

__/s/ Wes Dauphinot____
Wes Dauphinot
Texas Bar No. 00793584
wes@dauphinotlawfirm.com

Dauphinot Law Firm
900 W. Abram
Arlington, Texas 76013
(817) 462-0676
(817) 704-4788 facsmile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that the following counsel of record were furnished a copy of this Motion for Extension of Time via facsimile and electronic filing on January 9, 2015:

Yvonne D. Bennett
Assistant Attorney General
PO Box 12548
Austin, Texas 78711-2548
Fax. (512) 320-0667
Attorney for Appellees


/s/ Wes Dauphinot
WES DAUPHINOT


## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferenced the following counsel of record regarding the foregoing Motion for Extension of Time on January 9, 2015, Appellee's Counsel, Yvonne Bennett, below stated that she was not opposed to a 60 day extension of the briefing deadline:

Yvonne D. Bennett
Assistant Attorney General
PO Box 12548
Austin, Texas 78711-2548
Fax. (512) 320-0667
Attorney for Appellees


/s/ Wes Dauphinot
WES DAUPHINOT